Mary Cannon, appellee, v. Joseph Fallbacher, appellant. Gen. No. 30,715.

Action for personal injuries by negligence. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Orville D. Stuart and Edmond W. Pottle, for appellant. Reeda & Peace and William Jaffe, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Ignatz Wisniewski, appellant, v. Joseph Wiszowaty and Emilia Wiszowaty, appellees.

Ignatz Wisniewski, appellant, v. Jan Dominick and Michalina Dominick, appellees. Gen. No. 30,735.

Actions to recover commission for effecting exchange of real property. Judgments for defendants. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Z. H. Kadow, for appellants; A. L. Gettys, of counsel. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Mandel Brothers, appellant, v. Maurice Block et al., defendants. Maurice Block, appellee. Gen. No. 30,757.

Action for goods sold and delivered. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 23, 1926.

Albert S. Louer, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frank Simon, appellant, v. Frank K. Reilly, trading as Frank K. Reilly & Company, appellee. Gen. No. 29,367.

Trover to recover value of bonds alleged to have been converted by defendant. Judgment for plaintiff for one cent damages. For opinion on former appeal see 237 Ill. App. 651, rev'd 321 Ill. 431. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed with a finding of fact and judgment for plaintiff in this court. Opinion filed June 23, 1926. Rehearing denied July 12, 1926.

Freeman, Mason & Igoe, for appellant. K. B. Czarnecki, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Indiana Harbor Belt Railroad Company, appellant, v. J. P. Bowles, appellee. Gen. No. 30,559.

Action upon surety bond. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. David A. Hebel, Judge, presiding. Heard in the third division of this court for the first